Dismissed and Memorandum Opinion filed February 26, 2004









Dismissed and Memorandum Opinion filed February 26,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00117-CR

____________

 

EDGAR
ALEXANDER HERRERA, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
262nd District Court

Harris County,
Texas

Trial Court Cause No. 423,135

 



 

M E M O R A N D U M   O P I N I O N

After a plea of guilty on July 16, 1985, appellant was
convicted of the offense of driving while intoxicated and sentenced to five
years probation and a $600 fine.  On May
17, 1988, appellant=s probation was revoked and he was sentenced to two years in
the Texas Department of Criminal JusticeBInstitutional Division.  On December 22, 2003, appellant filed a
request for the transcript of the hearings in the 1985 conviction.  The district clerk denied appellant=s request on December 30, 2003.  On February 5, 2004, appellant filed a notice
of appeal challenging the district clerk=s denial of his request.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.  The district clerk=s denial of appellant=s request for a transcript is not an
appealable order.  With no appealable
order, we have no jurisdiction.  See
Tex. R. App. P. 25.2.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 26, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App. P. 47.2(b).